UNITED STATES DISTRICT COURT
~~NORTHERN DISTRICT OF ILLINOIS~~ MASSACHUSETTS

In the Matter of Robert J Moor

v.

U.S. Securities Exchange Commission, Stock Junction LTD et al.

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

---

**(A)**

SIGNATURE: Robert J Moor
NAME: Robert J Moor
FIRM: Pro Se
STREET ADDRESS: 2048 S Blue Island
CITY/STATE/ZIP: Chicago IL 60608
TELEPHONE NUMBER: (312) 455-8385
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR?  YES ☐  NO ☐
TRIAL ATTORNEY?  YES ☐  NO ☐

Appearing for Self

**(B)**

SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR?  YES ☐  NO ☐
TRIAL ATTORNEY?  YES ☐  NO ☐
DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐

**(C)**

SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR?  YES ☐  NO ☐
TRIAL ATTORNEY?  YES ☐  NO ☐
DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐

**(D)**

SIGNATURE:
NAME:
FIRM:
STREET ADDRESS:
CITY/STATE/ZIP:
TELEPHONE NUMBER:
FAX NUMBER:
E-MAIL ADDRESS:
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE):
MEMBER OF TRIAL BAR?  YES ☐  NO ☐
TRIAL ATTORNEY?  YES ☐  NO ☐
DESIGNATED AS LOCAL COUNSEL?  YES ☐  NO ☐