UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT MOORE,
          Plaintiff,

v.     Civil Action No. 04-11972-WGY

SECURITIES AND EXCHANGE COMMISSION, et al.,
          Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED WITHOUT PREJUDICE for the following reason(s): In response to question 3(f), plaintiff failed to disclose the amount and source of income.

☒    Plaintiff shall either file a new application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice. The Clerk shall send plaintiff with a copy of this Order a new application to proceed without prepayment of fees and affidavit.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

9/27/2004                       s/ William G. Young
DATE                         WILLIAM G. YOUNG
                               UNITED STATES CHIEF DISTRICT JUDGE