U.S. District Court for Massachusetts

R Moe

v.

Securities & Exchange Commission

04-11972-WGY

Nov 9, 2004. The motion to submit application to proceed without prepayment of fees is allowed. The motion to file pleadings electronically is denied.

William G. Young
Chief Judge

(Motion) of 11/1/04

Plaintiff's (Application) to Submit Application to Proceed Without Prepayment of Fees out of Time and for Court to Grant Plaintiff Leave to File Future Documents Electronically.

Now comes the Plaintiff ("R Moe") to move this court to accept the accompanying application to proceed w/o prepayment of fees out of time or in the alternative to set a hearing date on whether the court ought not have granted the Plaintiff (R Moe)'s original application ... & for the court to grant R Moe leave to file future documents electronically in support & explanation whereof R Moe avers as follows:

(1) R Moe understood that postmarking a document on the due date constituted filing such document because that is the rule in the U.S.D.C. for

From   04-11972   Wm. Whitney

The Southern District of New York

(1) The local rules for this court are inaccessible on the internet.

(2) RDM did not become aware of that the date of reception of documents by the Court is considered the filing date in this court — not the mailing date.

(3) RDM broke his left arm putting a full length storm sash in on Oct. 3, 2004 + had his ear injured in a battery on 10/21/04 + has been totally preoccupied with trying to apprehend the batterer.

(4) RDM cannot type well with only one working arm.

(5) RDM is not grateful that the U.S. SEC appropriated his money under the color of law in the name of protecting him — this govt predation must stop.

(6) Since the amount not identified in the first petition was in RDM's estimation negligible because it was too few under the promulgated level established by the U.S. Dept of Health + Human Services for the Poverty Level, RDM cannot see why he had to complete another application. If this application is not accepted out of term, RDM respectfully requests the Court to set a briefing schedule on all issues so RDM can preserve them for appeal.

(7) RDM is unfamiliar w/ practice disclosed cannot decide now whether he requires this court to give the relief sought in the opening paragraph of this motion. RDM

Notice of Filing

On 11/1/04 I have mailed a copy of
(1) an app to proceed w/o prepayment of Fees +
the accompanying (2) Motion to the

U.S. District Court of Massachusetts,
1 Courthouse Way, Boston MA 02210

by placing copies in an envelope +
mailing same from Huron St (606W/
Chicago IL 60604)
I affirm above claim as true under pen-
alty

Robert [signature]
W & S [illegible]
Chicago IL 60608
312 455-8385