U.S. District Court Massachusetts

FILED CLERKS OFFICE
2005 FEB 17 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS

Moon
   v.                                    Case # 04-11972 WGY
US SEC et al

Plaintiff's Verified Addendum to Motion of
2/9/05 Under Protest that the System Has Not Yet Been
Abolished after all the Harm Done By it

Now comes the Plaintiff ("ROM") to move this
Court to ① accept the document ROM mailed
on 2/9/05 which the U.S. post office either mistakenly
accepted or, later, mistakenly rejected, and to
take notice that ROM will serve upon the court
a copy of a proposed order for the 2/5/05 motion
as soon as he has access to a printer. In support
whereof, ROM avers as follows:
① The USPS accepted the accompanying documents for
mailing on 2/9/05.
② On 2/14/05, ROM received them back in the
mail.
③ ROM kept the promise he made on 2/5/05 in this case.
④ ROM with this document keeps the promise he
made on 2/9/05 in this miserable ordeal caused
by the criminal enterprise that is the US SEC
privatization of his money under the color of law.
⑤ ROM will submit a proposed order for the 2/5/05
motion w/in this week barring some unforeseen
development
Wherefore, ROM moves the court to confirm that ROM
has kept all promises he has made.
                                              ROM

U.S. District Court Massachusetts

## Notice of Filing

Moy
v.
U.S. SEC et al        Case # 04-11972 WGY

Notice is hereby provided that the Petitioner R Moy did deposit a copy of the accompanying "Motion of 2/13/05" in the mail at the main post office in Chicago IL on 2/13/05 by first class mail along with this notice in an envelope addressed to: U.S. District Court of Massachusetts Clerk of Courts office D.W. Young
1 Courthouse Way
Boston MA 02210

Under penalty of perjury pursuant to all federal statutes, I do attest to the truthfulness of all amounts contained herein. R Moy
no certificate of service needed

UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

Robert J. More
Plaintiff
   V
United States Securities And Exchange Commission,
et al.,
Defendants

Case No. 04-11972 WGY

*FILED IN CLERKS OFFICE*
*2005 FEB 17 P 1:36*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

### NOTICE OF FILING

NOTICE IS HEREIN PROVIDED that the Petitioner Robert J. More did deposit PLAINTIFF'S ("RJM'S")VERIFIED MOTION OF 2/9/05 FILED UNDER PROTEST....
into the mail in a regular U.S. mail postal receptacle in Chicago, IL on 2/9/05, along with this notice in an envelope addressed to the:

U.S. District Court of Massachusetts,
Clerk Of Courts Office/Judge W. Young
1Courthouse Way
Boston MA 02210

Under penalty of perjury pursuant to all applicable federal statutes, I do certify to the truthfulness of all factual averments contained herein and that no certificate of service was needed for this filing.

Robert J. More
Pro se Petitioner,
2008 S. Blue Island, #39,
Chicago, IL 60608
312 455-8385

*[handwritten notation: No certificate of service necessary — no defendants yet served]*

UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

Robert J. More
Plaintiff
    V                                      Case No. 04-11972 WGY
United States Securities And Exchange Commission,
et al.,
Defendants

### NOTICE OF FILING

NOTICE IS HEREIN PROVIDED that the Petitioner Robert J. More did deposit PLAINTIFF'S ("RJM'S")VERIFIED MOTION OF 2/9/05 FILED UNDER PROTEST....
into the mail in a regular U.S. mail postal receptacle in Chicago, IL on 2/9/05, along with this notice in an envelope addressed to the:

U.S. District Court of Massachusetts,
Clerk Of Courts Office/Judge W. Young
1Courthouse Way
Boston MA 02210

Under penalty of perjury pursuant to all applicable federal statutes, I do certify to the truthfulness of all factual averments contained herein and that no certificate of service was needed for this filing.

_____
Robert J. More
Pro se Petitioner
2008 S. Blue Island, #39,
Chicago, IL 60608
312 455-8385

Date: 2/9/2005 7:20:47 PM Eastern Standard Time
From: Crxtlx
To: Crxtlx

UNITED STATES DISTRICT COURT FOR MASSACHUSETTS
Robert J. More
Plaintiff
V           Case No. 04-11972 WGY
United States Securities And Exchange Commission,
et al.,
Defendants

PLAINTIFF'S ("RJM'S")VERIFIED MOTION OF 2/9/05 FILED UNDER PROTEST, IN WHICH HE SEEKS TO HAVE THIS COURT; 1. SUMMARILY STRIKE ITS ORDER OF 1/6/05, AND IF IT WILL NOT DO SO, TO TAKE NOTICE THAT DUE TO ADVERSITIES ENCOUNTERED, RJM WILL NOT SUCCEED IN FILING WHAT HE COMMITTED HIMSELF TO FILE ON 2/9/05 UNTIL 2/12 OR 2/13/05 AND 2. TO EXTEND THE PERIOD WITHIN WHICH SERVICE CAN BE ACCOMPLISHED IN THIS CASE, 3. ISSUE AN ORDER ENABLING RJM TO ACCESS THE RACER COURT DOCKET IN THE CASE WITHOUT THE PAYMENT OF FEES

Now comes the Protagonist-Plaintiff, RJM, ("RJM") to respectfully move this Court to read the entirety of the contents of this document, and then summarily strike its order issued on 1/6/05 in this case and extend the period within which service of process in this case can be accomplished in this case, to issue an order enabling RJM to access the RACER system without payment of fees for the service and to acknowledge the errata contained in the motion filed in this case on 2/5/05 and in support and explanation whereof, RJM avers as follows:

1. On 2/8/05, RJM's pernicious landlord, in a desperate attempt to quell RJM's opposition to his malicious and presumptively criminal activity, accused RJM out of thin air of "threatening to kill me", and endeavored to induce a number of his toady employees to attest to such fabrication as a pretext to justify his calling the police to have RJM arrested. This all followed a Monday court appearance in which RJM called the landlord for endeavoring as a non-attorney to represent his corporation in an Illinois Court which is a misdemeandor in IL.
2. The series of developments which have followed have necessitated RJM's attention to such mess before he gets falsely arrested again.
3. The long term solution to the problems RJM has been encountering is the deputization of RJM, unless entire criminal codes can be repealed or declared unconstitutional as the provisions of such might ever be applied to any vigilante-type measures RJM might ever have to apply.
4. RJM herein substitutes "00-11141-GAO" for the utilization of "04-11972 WGY" in the motion filed on 2/5/05 in this case in every place in the body of that document in which the error was present.
5. RJM needs access to the file in this case and other cases to continue to prosecute this case and moves the Court to issue an order requiring RACER to permit RJM access to such documents without the payment of fees, which type order is customarily issued for indigents.
4. RJM will submit by the 13th of February, what he committed himself to submit by the 9th. on the Wherefore, RJM herein respectfully moves this Court to provide each and every form of relief included in the opening paragraph of this motion (wherein the provision of one form is not incompatible with that of another)and for whatever other forms of relief the Court would deem it necessary to provide at this time.

Under penalty of perjury, I aver to the veracity of all factual averments contained herein.
Respectfully submitted,
Robert J. More

These failings are all indicative of the damage done to the country when good purge upon the citizens as the SEC has in this case - under the pretext of protecting us

Date: 2/9/2005 7:20:47 PM Eastern Standard Time
From: Crxtlx
To: Crxtlx

UNITED STATES DISTRICT COURT FOR MASSACHUSETTS
Robert J. More
Plaintiff
V          Case No. 04-11972 WGY
United States Securities And Exchange Commission,
et al.,
Defendants

PLAINTIFF'S ("RJM'S")VERIFIED MOTION OF 2/9/05 FILED UNDER PROTEST, IN WHICH HE SEEKS TO HAVE THIS COURT; 1. SUMMARILY STRIKE ITS ORDER OF 1/6/05, AND IF IT WILL NOT DO SO, TO TAKE NOTICE THAT DUE TO ADVERSITIES ENCOUNTERED, RJM WILL NOT SUCCEED IN FILING WHAT HE COMMITTED HIMSELF TO FILE ON 2/9/05 UNTIL 2/12 OR 2/13/05 AND 2. TO EXTEND THE PERIOD WITHIN WHICH SERVICE CAN BE ACCOMPLISHED IN THIS CASE, 3. ISSUE AN ORDER ENABLING RJM TO ACCESS THE RACER COURT DOCKET IN THE CASE WITHOUT THE PAYMENT OF FEES

Now comes the Protagonist-Plaintiff, RJM, ("RJM") to respectfully move this Court to read the entirety of the contents of this document, and then summarily strike its order issued on 1/6/05 in this case and extend the period within which service of process in this case can be accomplished in this case, to issue an order enabling RJM to access the RACER system without payment of fees for the service and to acknowledge the errata contained in the motion filed in this case on 2/5/05 and in support and explanation whereof, RJM avers as follows:

1. On 2/8/05, RJM's pernicious landlord, in a desperate attempt to quell RJM's opposition to his malicious and presumptively criminal activity, accused RJM out of thin air of "threatening to kill me", and endeavored to induce a number of his toady employees to attest to such fabrication as a pretext to justify his calling the police to have RJM arrested. This all followed a Monday court appearance in which RJM called the landlord for endeavoring as a non-attorney to represent his corporation in an Illinois Court which is a misdemeandor in IL.
2. The series of developments which have followed have necessitated RJM's attention to such mess before he gets falsely arrested again.
3. The long term solution to the problems RJM has been encountering is the deputization of RJM, unless entire criminal codes can be repealed or declared unconstitutional as the provisions of such might ever be applied to any vigilante-type measures RJM might ever have to apply.
4. RJM herein substitutes "00-11141-GAO" for the utilization of "04-11972 WGY" in the motion filed on 2/5/05 in this case in every place in the body of that document. *in which the error was present*.
5. RJM needs access to the file in this case and other cases to continue to prosecute this case and moves the Court to issue an order requiring RACER to permit RJM access to such documents without the payment of fees, which type order is customarily issued for indigents.
4. RJM will submit by the 13th of February, what he committed himself to submit by the 9th. Wherefore, RJM herein respectfully moves this Court to provide each and every form of relief included in the opening paragraph of this motion (wherein the provision of one form is not incompatible with that of another) and for whatever other forms of relief the Court would deem it necessary to provide at this time.

Under penalty of perjury, I aver to the veracity of all factual averments contained herein.
Respectfully submitted,
Robert J. More

*These filings are all evidence of the damage done to the country when gov't preys upon the citizens as the SEC has done in this case — under the pretext of protecting us.*