UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

Robert J. More
Plaintiff
    V                                    Case No. 04-11972 WGY
United States Securities And Exchange Commission,
et al.,
Defendants

NOTICE OF FILING

NOTICE IS HEREIN PROVIDED that the Petitioner Robert J. More did deposit PLAINTIFF'S ("RJM'S") VERIFIED INITIAL COMPONENT OF WHAT MAY TURN OUT TO BE AN OCTA, OR NON – FURCATED F.R. of C.P. RULE 60(B)(1) MOTION OF 2/11/06.... along with exhibits thereto, into the mail in some regular U.S. mail postal receptacle in Chicago, IL on 2/13/06, since there was no procurement after 12:00 p.m. on 2/11/06 in the mailbox in which RJM would have deposited the documents had he completed composing them all before noon on 2/11/06, along with this notice in an envelope addressed to the:

U.S. District Court of Massachusetts,
Clerk Of Courts Office/Judge W. Young
1Courthouse Way
Boston MA 02210

& via email to ecfhelp@mad.uscourts.gov on 2/13/06

Under penalty of perjury pursuant to all applicable federal statutes, I do certify to the truthfulness of all factual averments contained herein and that no certificate of service was needed for this filing.

Robert J. More
Pro se Petitioner,
2008 S. Blue Island, #39,
Chicago, IL 60608
312 455-8385

4