UNITED STATES DISTRICT COURT FOR MASSACHUSETTS

Robert J. More
Plaintiff
    V                                      Case No. 04-11972 WGY
United States Securities And Exchange Commission,
et al.,
Defendants

PLAINTIFF'S ("RJM'S") VERIFIED INITIAL COMPONENT OF WHAT MAY TURN OUT TO BE AN OCTA, OR NON – FURCATED F.R. of C.P. RULE 60(B)(1) MOTION OF 2/11/06, FILED UNDER PROTEST, IN WHICH HE SEEKS TO HAVE THIS COURT: GRANT ALL OF THE RELIEF RJM SOUGHT IN THE DOCUMENTS HE MAILED TO THIS COURT ON 2/5/05 AND 2/9/05 RESPECTIVELY IN REGARD TO THE CASE THIS DOCUMENT CONCERNS, WHICH CONTENTS OF SUCH DOCUMENTS, RESPECTIVELY, HE INCORPORATES BY REFERENCE, AS IF FULLY SET FORTH HEREIN; AND WHATEVER ELSE OCCURS, THAT IT NOW REVERSE ITS DECISION DISMISSING THE CASE, AND REINSTATE THE CASE OR AT LEAST ESTABLISH A BRIEFING SCHEDULE BY WHICH RJM CAN BRIEF ALL CONSTITUTIONAL QUESTIONS IMPLICATED BY THE COMPLETE DENIAL OF THE RIGHTS *OF ACCESS TO THE COURTS* AND *DUE PROCESS OF LAW* PRESENT IN THE COURT'S CONDUCT IN THIS CASE IN DISMISSING IT WITHOUT HAVING PERMITTED RJM OPPORTUNITY TO PRESERVE FOR FURTHER REVIEW THE SEVERAL PROCEDURAL AND SUBSTANTIVE ISSUES WHICH WILL HAVE TO BE REVIEWED IF THIS MOTION WERE NOT TO BE GRANTED AND TO PROVIDE THE OTHER FORMS OF RELIEF ENUMERATED IN THE PRAYER FOR RELIEF INCLUDED IN THIS MOTION

Now comes the Plaintiff, Robert J. More ("RJM") to respectfully and/or indignantly, and/or in a combination of both dispositions depending upon what the requirements of the moral law would dictate in regard to this matter, move this Court to summarily reverse its decision of 2/11/05 dismissing RJM's complaint filed in the case this document concerns, and to reverse its decision of 2/24/05 in which it denied what it classified as a motion to reconsider ("MTR") such dismissal, notwithstanding that the motion so classified was completed, mailed and postmarked *before* the date upon which the order in regard to which such motion was claimed to constitute a MTR was issued and to grant such relief under the authority of the express provisions of Federal Rule of Civil Procedure Rule 60(b)(1) ("60(b)(1)"), and if it will not now do so to grant leave for the filing of an eight or nine component motion in this regard, and to include in such order directives, directing the PACER Online Document Access Service ("PACER") to permit RJM to use the RACER/CM/ECF service without the incurrment of costs for such use and the Clerk of the USDC for the District of Massachusetts to permit RJM to file all future documents via the electronic filing provisions via which attorneys file cases in this Court and in support and explanation whereof, RJM avers and explains as follows:

1. Procedurally, RJM repeatedly moved this Court in 2004 and 2005 for permission to file documents electronically and for access to be provided for RJM to assess the documents filed and the court orders issued in the SEC's suit against Stock Generation LTD ("SG"), out of which this litigation arose, via the Court's issuing of an order directing PACER to issue RJM a login and password, which RJM could use without payment of service costs, as RJM has remained indigent (due in no small part to the comparative enormity of the alignment and accountability problems in the Federal Courts in this Country at this time, in which it has become all-but-impossible for a non-attorney to ever get any claim, howsoever

1

meritorious, to a jury of his peers for resolution thereof) but the Court never addressed such petitions, which is a matter which RJM will appeal if this situation is not adequately rectified now.
2. Without the provision of access to the CM/ECF System, RJM could not respond substantively to the Rule to Show Cause issued by this Court on 1/6/05 (RTSC"), because he was not cognizant of the particulars of the arguments made by the SEC and SG in the litigation which resulted in the complaint this document concerns ("complaint" or "case") having been filed and could not possibly have been expected to acquire expertise in Securities Law and the regulations governing the activity of the SEC, which is why RJM petitioned to have this Court appoint an attorney to prosecute this case.
3. The Court must not have read RJM's motion of 2/5/05 in response to the RTSC, since it was a motion for an extension of time and other procedural relief which RJM apprehended that he needed to obtain before addressing the substantive claims contained in the RTSC.
4. What the Court classified as a MTR regarding the Order it issued on 2/11/05 and denied as such, could not possibly have been so classified in good faith, as it had been composed, signed, mailed and postmarked *prior* to the entry of the Order of 2/11/05.
5. No explanation was ever provided by the Court regarding how RJM could have responded to an order with a MTR *before* such order had been issued.
6. All of the contents of the motions RJM filed and mailed this Court on 2/5/06, 2/9/06 and 2/13/06 are incorporated by reference as if fully set forth herein.
7. The Court claimed in its RTSC that neither the SEC nor its Attorney is subject to tort liability for its (his) conduct, but cited no authority asserting such position.
8. Even if there is authority supporting such position, RJM could not have been denied his constitutionally protected property interest to challenge whatever authority might assert such claim on among other bases, that no legislative or judicial authority could have possibly *justifiably intended* that any concept of sovereign immunity be invoked as a pretext behind which a government agency would be capable of plundering and pillaging the property of its citizens under the color of law and pretext of legitimacy, which is exactly what has occurred in this appalling example of the hubris of those running the SEC, and predatory character of the presumptively criminal conduct of it, in what was in effect simply the conversion and theft of the property of citizens of this Country under the disgusting pretext of *protecting* investors.
9. As one perspicacious observer of the phenomena involved in such matter has opined:
    "When plunder becomes a way of life for a group of men
    living together in society, they create for themselves
    in the course of time, a legal system that
    authorizes it and a moral code that glorifies it."
    Frederick Bastiat, 1850
10. RJM herein declares the non-legitimacy of this Court's orders of 2/11/05 and 2/24/05 and the non-finality thereof.
11. Since RJM endeavored repeatedly to contact the individuals responsible for electronic filing in the Massachusetts District Court during the week ending 2/11/06 but was unsuccessful in his attempts to obtain instructions regarding how this document could have been electronically filed and since it will have been emailed to the email address provided in the website for such entity on 2/13/06, RJM is taking the position that it has in fact been "filed" within one year of 2/11/05 – in order to cover any scenario in which it might otherwise have been claimed that this motion, filed under the provisions of Rule 60(b)(1) would not have been filed within one year of the date of the dismissal of the case.
12. RJM does not agree at this juncture, to prosecute this case according to any immunity theory. The U.S. Supreme Court has affirmed that Judges are not immune from criminal

2

prosecution for their judicial conduct under among other statutes, that of 18 U.S.C. 242 (O'Shea v Littleton 94 S. Ct. 669, 690), and RJM will not consent to prosecuting this case on any theory of tort immunity in this case, at least not at this time, based upon what has occurred in the adjudication of this case to this juncture (the only circumstances in which RJM ever consents to waive any claim to sue a judge for any torts that might ever be committed in a given case, is in a case in which RJM has been or would be, endeavoring, to keep a judge with a track record of acceptable accountability from ending up off the adjudication of a given case).

13. RJM is only including two exhibits to this motion, but informs this Court that he will submit a collection of over 20 exhibits in the future in this case, as soon as he is granted leave to file documents electronically, which will represent the documents he would have filed last February, had he not been prevented from continuing to prosecute this case in this Court.
14. Regarding the several substantive issues implicated by the SEC's activity in converting or otherwise stealing RJM's property, it is RJM's position that such activity was entirely incompatible with among other provisions of the U.S. Constitution those of the Takings Clause and Due Process Clause of the Fifth Amendment of such Constitution, which matters will all be explicated at some future date, after enough structure will have been superimposed into the proceedings needing to be conducted in this case, to ensure that no substantive issue needing to be addressed would remain unaddressed, which is something that occurs with appalling frequency in court proceedings conducted in this Country at this time, to the incalculable injury of the Republic and its citizens and the very foundations of civilization themselves.
15. Since the magnitude of the problems this document has begun to address could result in this document extending into a book length, RJM will truncate it here, except to explain that he may seek to get the injustices perpetrated by the SEC this document concerns rectified through a private bill in the U.S. Congress and to explain that the purpose of Exhibits "A" "Formula…." and "B" "What the Objective in Regard…." have been included in RJM's endeavors to ensure that what can be identified to constitute his "moral liability in the matters this document concerns" would not be left uncovered. The concept that citizens will simply accept court judgments, howsoever appallingly unjust a given judgment might be without resorting to other means by which God has equipped them to fulfill the duties to which they are subject by among the other requirements of God's Commandments, those of the Fourth, Fifth, Seventh and Eighth is one entirely foreign to not only the teaching of the Non-counterfeit Roman Catholic Church but to any and every society throughout the course of history in which the able-bodied males of such society(ies) were not deserving of the appellations "selfish cowards" and/or "categorically abject curs".
16. This is not a motion filed under Rule 60(b)(4) or (6). Motions under such paragraphs will be filed if necessary.

Wherefore, suffering upon a diet of the bread of sorrow and the water of affliction (cf Pope Paul IV, Bull *Cum Ex Apostolatus Officio*, 1549) that is the lot of Non-counterfeit Catholics in their efforts to cover their moral liability – ie satisfy the requirements of the moral law, in all matters in regard to which an accounting will have to be provided, in these difficult and distressing times, in which evil has largely entirely overrun this land; RJM herein respectfully moves this Court to provide each and every form of relief included in the opening paragraph of this motion (wherein the provision of one form is not incompatible with than of another), for whatever other forms of relief the Court would deem it necessary to provide at this time to rectify the patent injustice caused by its Orders entered into the Court Record in this case on 2/11/06 and 2/24/06..
Under penalty of perjury, I aver to the veracity of all factual averments contained herein.
Respectfully submitted,
Robert J. More

3

**Formula via which** *Non-counterfeit Rule of Law Standard Activity* **("NROLS")can be Distinguished from** *Reign of Terror Standard Activity* **("ROTS").**

(Contents will be provided in a more readable form when time permits)

In the simplest form in which the formula can be herein formulated:
Activity conducted according to The Non-counterfeit Rule of Law Standard ("NROLS") is activity conducted according to a standard characterized by the processing of matters within what can be identified to constitute a closed universe of possibilities anchored in the *principle of non-contradiction*. One of the most fundamental elements of NROLS activity is that it is conducted in compatibility with the principle present in Canon 2200.1 of the 1917 Code of Canon Law of the Roman Catholic Church which states: "In a situation in which a violation of a law is manifest in the external forum, malice is presumed [as the cause thereof] until the contrary is proven." [RJM would add that it is RJM's position that any non-accomplishment of compliance with the requirements of the moral law in any conduct in any sphere of activity must likewise be imputed to malice in the broadest sense of the word - ie unjustified priorities ( & for purposes of this definition, it is added that in a situation in which the matter is grave, the malice is also) as distinct from a target-specified animus]. The standard is also characterized by other elements, but due to the dishonesty of so many attorneys who might use formulas provided in this website for unjustified purposes, those other elements must for now remain unspecified. Upon request via email or other medium, the DNRCPN would be glad to provide such to anyone who would use them to help fight the Reign of Terror. Activity conducted according to The Reign of Terror Standard ("ROTS") is activity conducted according to a standard that can be defined as a "Cartesian, Agnostic, Hegelian, Pantheist, Relativist, Determinist, Utilitarian, Positivist, Nietsz[e]chian, Machiavellian, Anti-nomian standard and activity conducted according to such type standard is characterized by the processing of matters within what can be identified to constitute a closed universe of possibilities anchored in the apprehended self-interest(s) of a human party, whether individual or collective, conducting activity out of a fundamental disposition of insubordination to Almighty God, which condition is of course caused by, & further influenced over a given time period within which a given activity is conducted, by, the effects on the intellect(s) & will(s) of the human actors in a given case conducting activity, of not adequately mortified carnal appetites & the moment by moment temptations, subdivided into deceptions presented to the intellect and instigations of the will of those tempted & with which Lucifer ceaselessly endeavors to incite the commission of individual sins, beyond the abominable enormity of those already having been committed at a given juncture in human history (the effects of which, of course at any given juncture, continue to inflict damage upon the social order in the nature of an endless ripple effect) – to the exclusion of the requirements corresponding to what can be identified to constitute logical necessity emanating in a given matter from the principle of non-contradiction. One of the most fundamental elements of ROTS activity is that it is conducted according to points of reference and methods categorically incompatible with the principle present in Canon 2200.1 of the 1917 Code of Canon Law of the Roman Catholic Church which states: "In a situation in which a violation of a law is manifest in the external forum, malice is presumed [as the cause thereof] until the contrary is proven." [RJM would add that any non-accomplishment of compliance with the requirements of the moral law in any conduct in

1

Activity conducted according to this admittedly comparatively demanding, and in some circumstances, and indeed in many circumstances, just plain onerous, standard, is morally acceptable. Activity not conducted according to this standard is not morally acceptable.

In juxtaposition to the NROL Standard is the ROT Standard. Any activity conducted according to criteria, priorities, points of reference and/or agendas which are unacceptable is activity that has been conducted according to this standard. This type of activity inevitably includes one or more of the following characteristics: the disregard of; 1. the conventional definition of English words, 2. the established rules of English syntax, 3. the immutable rules of logical analysis, 4. fundamental rules of evidence utilized in legal proceedings and 5. the requirements emanating from and corresponding to self evident ethical principles. Put simply, activity conducted according to the ROT Standard is activity conducted according to the apprehended short term interest of the party conducting a given instrument in a given forum.

The majority of the activity in Modern Day America evidently would deserve to be classified as activity conducted according to the ROT Standard. Activity which is not conducted according to corrupt and unacceptable standards only because an agent conducting it does not believe that he or she can get away with such activity without suffering deleterious consequences, really cannot be classified as good faith activity either. In summation, from the admittedly limited perspective of the author of this document, it cannot be pretended that the author of this document does not sense the obligation to testify that it is the ROT Standard which has evidently been the point of reference according to which a tragically, lamentably considerable portion of activity in this country has been conducted, at least in the lifetime of the author of this document. It is indeed this ROT Standard which is evidently the point of reference according to which the shamelessly cutthroat competition for possessions, positions, power and influence that characterizes modern day life has been and is conducted.

It is indeed self-evident that the activity emanating from the two standards is incompatible and mutually exclusive and results in many of the conflicts that characterize the present activity of society. Undoubtedly, even more of the conflicts result from activity in which more than one party has been operating according to unacceptable standards. There are evidently more villians out here at this point than anyone could possibly expose, much less apprehend. When such villians have encountered other such villians, it has not been easy, at least for the author, to sympathize with any of them. When individuals get what they evidently have coming the situation is radically and fundamentally different than a situation in which the innocent suffer. As it is evidently the case that the devil is obviously running just about everything in these sordid times, innocent victims have been suffering right along with the plethora of villians whose suffering is not evidently anything other than the reaping of what they have been sowing (cf. Gal 6:8).

3

## What the Objective in Regard to the Participation in Litigation of an Individual Classified by the Ashkenazis as a "Goy" Evidently Ought to be in an Ashkenazi Police State (the True Character of Which is Still Kept Disguised to the Extent Such Objective Can Still be Accomplished), Such as that Within Which the Litigation this Document Concerns is Being Conducted Whether Such Litigation would Involve Matters that would be, in a Given Case - Criminal, Quasi-criminal or Civil

If this litigation were not being conducted in a police state, RJM would include the following postulations in this document (since it is being conducted in an Ashkenazi Police State, in the process of being transformed into the flagship colony of what will constitute a global extermination camp, if the Ashkenazis succeed in their endeavors, RJM claims that he has included them only to demonstrate what he was not convinced he could justify including given the Ashkenazi's present measure of control over governments at all levels in this United States of Ashkenazism, so that no Throat-Slitting-of-the-Baptized Ashkenazi or Lick-spittle Ashkenazi-fearing Shabbes Goy prosecutor would have any basis to even attempt to prosecute RJM for anything :

What the objective of litigation evidently must necessarily be in an Ashkenazi Police State such as that in which this litigation is being conducted– is to do what would be, at any juncture and every juncture of a given sequence of proceedings, necessary, in order to retain a claim to participate in the utilization of what could be, in a given case, identified to constitute the *non-excessive and not-otherwise unjustified use of physical force* to rectify injustices at any juncture present, to which use of force corresponds the retention of a necessity defense against any criminal charge that might ever be brought and/or prosecuted against RJM and/or associates of RJM for the use of civil disobedience, vigilante measures and/or participation in a domestic insurrection to rectify injustices which would at any juncture be prevailing in a given case.

As self-evident as it is to RJM and others in whom there are still consciences not so Ashkenaziized as to have left us incapable of ascertaining, to a measure of minimal accuracy, the requirements of the moral law as they would apply to the matters under consideration, that this has always been the only legitimate criteria according to which one could ever participate in (a) court proceeding(s) (ie an "it goes without saying" matter from the patrimony of what, at one time, constituted *Christendom*, if there ever was one), in as much as there are evidently (and obviously – from the number of miscarriages of justice that result from court proceedings which remain un-rectified for indefinite periods of time) persons who have actually accepted the subterfuge that judgments issued by a court are final, regardless of how unacceptable and illegitimate a given judgment might be, (ie the "finality of judgments" shibboleth-heresy), that those who benefit from the *absolute discretion standard/Ashkenazi reign of terror ethos* that presently prevails in all but the courtrooms of whatever atypical judges are still left in various areas of the judicial system in place in this country (ie those judges who are neither Ashkenazis themselves nor Ashkenazi-fearing lickspittle, Shabbes Goy, who cannot resist the temptation to permit themselves to be intimidated out of the fulfillment of the duties of a given judicial office in a given case) have evidently, with a distressing measure of success, induced not only their targeted victim(s) in a given case, but a not-insubstantial component of the general public, to accept.

So as to ensure that what RJM understands to constitute his moral liability in regard to the matters this document concerns ("these matters"), is not left uncovered in regard to the requirements of the Fourth, Fifth Seventh and Eighth of God's Ten Commandments, which are the requirements which RJM understands are applicable to these matters, RJM herein confirms that he is a committed member of the 4th branch of the Government who hopes that he would never, for any reason, shirk the duties incumbent upon the members of that branch to ensure that what was at least established as a Republic upon an admittedly unjustifiably attenuated version of the Rule of Law (the existence of the institution of slavery obviously having been entirely incompatible with such standard) and in the heresy of Religious Indifferentism (that anyone could be saved in a religion other than Catholicism), and the True Rule of Law are not left unprotected from what will always be the most dangerous threat to them - the intrusions, incursions, encroachments, usurpations, arrogations, infringements and depredations of those conducting activity as members of the first three branches thereof and the activity and influence of the superrich Ashkenazi International Bankers and those enemies of civilization who use law licenses to cheat and defraud the innocent, naive and unwary. How true it is, that if the dangers of Talmudism (Ashkenazism) are to be contained and controlled, it is up to the RJM's of the world to accomplish the objective as it is indisputable that without the presence and deterring effect of the Government's 4th branch – the citizen's militia, the miscreants enumerated supra could not and would not be, kept from destroying everything God can justify not hating.

   For indeed who can surmise the enormity of the predatory aggression that has been induced and provoked in those predilected towards avarice, rapacity, and predation, from activity conducted by litigants who permit themselves to accept judgments in a given matter which possess no legitimacy, so that predators are left believing that others which those predators consider to be "Goyim" who are obviously never armed in any court proceeding(s) which are always conducted in the midst of innumerable armed security personnel –if not in a given courtroom, at least in every courthouse, will accept the results of judicial proceedings as final and binding, as the ultimate resolution of matters

1

brought to courts for resolution, howsoever patently illegitimate a given judgment might be. RJM admits that he cannot possibly claim to know how much of the blame for the innumerable grave sins that have been committed by individuals whom he has encountered in court proceedings has been imputed to his record of accountability for having continued to refrain from rectifying injustices on his own accord and/or from not having included this type notification in prior instances in which he has been involved in legal proceedings.

It is RJM's position that there is absolutely nothing contained anywhere in this postulation/notification that could justifiably be construed to constitute a threat to use force that would be incompatible with any promulgated federal law or the law of any state presently operative in this country. There is a JUSTIFIABLE USE OF FORCE; EXONERATION statute or something of that nature, in place in every state in this Country, in regard to whose laws RJM is cognizant. In Illinois, this statute is promulgated at 720 ILCS 5/7-1 to 5/7-14.

It not infrequently occurs in these times in this United States of Ashkenazism that the financially and politically more favorably positioned party in a given dispute will read into a given conveyance of information a meaning and/or message that is simply not present therein and therefore cannot be identified to be present therein according to a logically acceptable standard of assessment, and then endeavor to procure the assistance of authorities possessing consciences not less Ashkenaziized then are their own (government officials of all types are frequently guilty of the same type of offense(s) themselves), to render someone whose competition against their own activity in a given matter is found to cause some cost to him, her or them, or is otherwise not, for whatever reason, appreciated, incapable of continuing to compete against him, her or them in such matter. The problem of the culpability of persons on their own consciences for sins they have committed or in regard to omissions for which one would be responsible in a given case, ending up constituting the basis for the rendering of false allegations of wrongdoing against others of one sort or another, particularly in the area of the making of false claims that a *threat* of some sort has been made in a given case, when nothing of such character has been done, is addressed in Proverbs 28:1, "The wicked flee when no one is chasing them." Indeed in some circles, neither any criticism nor any reference to the use of *protective* as distinct from *predatory* force can be made without the smearing of the speaker or author as having *threatened* something or other. Members of oppressor classes have, of course, been employing such disingenuous tactics against their victims since time immemorial upon the most reprehensible presumption that no force can ever be employed to counter, offset, negate the effects of, or defeat, as would be necessary in a given case, the oppressors' use of force for their own purposes, howsoever unjustified such purposes might be. The double standard and one-way street, present in such type practice is truly stomach-turning to understate the matter, and it is vintage Ashkenazism – the defacto religion of this Country and the world at this time – lethal poison if there ever was one, Lucifer's work on earth (cf. Jn. 8:44, et al).

Since there is absolutely nothing in this document that could possibly be construed to constitute a threat of the use of force against any non-combatant, an imminent breach of the false peace that prevails in this God-forsaken Country at this time, nor an incitement to riot and since the moral law does not permit assassinations, any conveyance of this document to any policing entity would be claimed to have been done in bad faith, with egregious disregard for the welfare of the public which gets stuck having to pay for government activity such as the reading, analysis and investigation of documents which are in neither in any way morally offensive nor incompatible with the provisions of the United States Constitution. The industry of the using of public resources to facilitate the commission of the crimes of the Ashkenazis upon their victims is one which must be brought to a close. The time and skills of those members of policing entities who have not accepted the *Ashkenazi Extermination Agenda* ("AEA") must be employed in repairing the incalculable damage that Ashkenazism has inflicted on this World. No career of anyone in government who has accepted it, can be permitted to continue.

It is herein proposed that any able-bodied person who would leave Ashkenazism uncontested explain how he or she could possibly consider him or her-self not even worse than someone who would leave a brood of vipers in a nursery of children and how anyone who would facilitate the progress of Ashkenazism could justifiably not be considered worse than someone who would place vipers into such type nursery. The author of this modest document would hope that his employing the label that St. John the Baptist used to describe the type of specimens that the Ashkenazi indisputably are (cf. Mt. 3:8) would not be too mild a conveyance for him retain a claim to deliverance from the wrath to come (cf. Mt. 3:7, Rom. 2:5, Heb. 10:30 et al).

To repel the assaults and advances of the AEA is indisputably to repel Lucifer himself. To concede anything to the AEA is indisputably to make such concession to Lucifer himself. For those who have endeavored to advance that agenda, or who have culpably permitted themselves to be used in its advancement, it is herein proposed that any such type cooperation be immediately terminated, and that participation in the sabotaging of that agenda be incepted immediately and for those who would not be capable of helping to sabotage it from within a given entity, without risking incurring the culpability of any grave sin in any endeavor that would be ordered to such end, that in such cases, those who refuse to participate in the AEA, take the course Joseph Banister took in regard to that Ashkenazi-controlled organization - the IRS and separate from whatever Ashkenazi controlled organization it would have been in which a given person would

2

have been employed. The author can think of nothing that would be of more benefit to the Anti-Ashkenazi Movement than the activity of saboteurs who can help sabotage the AEA from within without incurring any sinful culpability in so doing, but this approach, as has been proven so many times in past history, is an approach that is generally characterized by much greater difficulties than separation from Ashkenazi-controlled entities.

If the Ashkenazis succeed in finishing the *cage* it will be over for every baptized individual who will not betray his or her baptismal promises and for that matter for anyone and everyone in whom the voice of conscience has not been altogether extinguished, not to mention the rest of those considered to be "Goy" from whose activity they would not apprehend that they could derive enough profit to justify not accomplishing the liquidation thereof (they need to keep some Shabbes Goy slaves around for obvious reasons – and not just to clean the synagogue on their "Sabbath"). The importance of keeping in mind where the Ashkenazis consider this project to be and where this project in fact is, respectively, could hardly be overstated. The last report (in the late nineties) in regard to which RJM is cognizant in regard to the percentage of the U.S. Military who did not indicate that they would refuse to comply with any order that would require them to confiscate the firearms of U.S. Citizens who would refuse to permit such confiscations indicated that that percentage was one in four. The evidently most credible estimate of the number of American gun-owners who would refuse to participate in such type confiscation without resorting to force to prevent such type an AEA endeavor was at that same time, 11 million. The author of this document is under no illusion. He realizes that if he is not actively against the AEA, either overtly or covertly, that he for all practical purposes must be considered to be with it, at least as a non-interfering accomplice by silence and passivity, according to the words of His Majesty, "He who is not with me is against me and he who does not gather with me, scatters." (Mt. 12:30). There is no such thing as an *innocent bystander* in this conflict and nothing of any importance which is not at stake.

Suffering upon a diet of the bread of sorrow and the water of affliction (cf Pope Paul IV, Bull *Cum Ex Apostolatus Officio*, 1549), hopefully in defense of everything that to a measure of moral certainty it can be ascertained, God can justify not hating (Si. __.___ et al), against the ceaseless attacks of the Evil One (Jn. 8:44 et al) Who interminably roams throughout this all-but-entirely God-forsaken World, seeking the ruin of souls (1 Pet. 3:18).1

Robert J. More Jn. 2:15

- like every other able-bodied adult who was not personally responsible for the welfare of little children from 3/18/05 to 3/31/05, for whom other provision could not realistically be made - a suspect selfish coward by the fact that Theresa Schiavo was not rescued during that time, that not so much as a hair on the head of any of those responsible for her torture and murder under the color of law and pretext of legitimacy was even disturbed and that not even a single building ended up in a pile of dust in response to the whole abomination, notwithstanding the number of buildings that could have been demolished in this regard without there even having been a risk of injuring even any of those directly responsible for the torture and murder in such conjectural demolition(s). Last updated 2/9/06

Legal Notices:
1. There is absolutely nothing contained in the document positioned supra that is not protected "free speech" as such speech has been defined pursuant to the provisions of the First Amendment to the U.S. Constitution as interpreted by the U.S. Supreme Court in *Brandenburg v. Ohio*, (39 U.S. 444) (1969) in that has not been conveyed in a manner that would in any way induce or incite "imminent lawlessness".
2. This document is subject to discovery, either via or without a subpoena, in either or both criminal or civil proceedings or under State &/or Federal Freedom of Information Acts and it is the position of the party herein submitting and/or serving it, that the destruction or disposition thereof would subject anyone responsible for such, to the civil and/or criminal penalties that are available in regard to such type conduct to punish, redress and/or remedy any and all unjustifiable harm(s) caused by such type presumptive malefactions.
3. There is no *quid pro quo* of any sort contained in this document. Any conduct which would result in the reading into this document of something, or anything which in a given case and every (conjectural) case, it could not be demonstrated according to the application of an acceptable standard and method of logical analysis to be present therein – ie a "threat" or anything that would be found "threatening" to a given individual or group, due to what could be demonstrated to a measure of moral certainty to constitute his, her, and/or their, malice as such disposition can be objectively identified and such concept can be likewise defined, of whatever form that malice would take in a given case, would constitute a basis for the filing of a petition for the issuance of a writ of quo warranto to challenge the fitness to hold and exercise the authority a given government office of whomever would have been responsible in a conjectural scenario for such conduct, and for the implementation of other measures by which to help protect the citizens of whatever municipality, county, state, and country such conduct would have been conducted from the patently depraved, malicious and dangerous practice, so frequently employed in these terribly corrupt and brutal times of vilifying the conveyor of a message badly in need of conveying for purposes of discrediting him or her in the minds of those who would be in a given case, in fact in danger of one sort or another due to the activity a given individual would be in such case endeavoring to expose. "The wicked flee when no one is chasing them." (Prov. 28:1). Consistent with the concerns addressed herein, it is herein proposed that among other things, this document not be considered in what could ever be identified to constitute or have constituted in a given case, a *false light* as the contours of such tort has been delineated in the case law of whatever jurisdictions the contents of this document might ever be assessed.
4. Out of what has been apprehended to constitute a need to "keep Lucifer locked down" to the extent such objective is accomplishable in the *earthly theatre*, a copy of this document will have been served upon *law enforcement* authorities within 30 days of its service in the matters in regard to which this document will have been received by anyone who might be the direct recipient thereof.

3